# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

GABRIEL JULIO

CRIMINAL CASE NO. 03-00021-001

**FILED**
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **July 22, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by: _____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
    John Gorman, FPD
    Guam Bureau of Immigration and Customs Enforcement
    File

**RECEIVED**
AUG - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 7th day of August 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

ORIGINAL